To Whom it may concern,

Alot of the things that you asked for I don't have I don't save pay stubs, I throw them away. I have one pay stub I am enclosing. I don't save my income tax returns. I'm not trying to be sarcastic, but alot of information you asked for I don't remember because it was so long ago. If you need to know anything else please call me at this number.
443-651-3384

*[signature]*

___ FILED    ___ ENTERED
___ LODGED   _G_ RECEIVED

DEC 31 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

12/30/14



# Financial Statement

FILED _____ ENTERED
LODGED ___✓___ RECEIVED
DEC 3 1 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                    Criminal Action No. CCB-00-0382

Izone Wordell Evans

| | | |
|---|---|---|
| **Name and Address**<br>Izone Wordell Evans<br>1400 E. Madison St.<br>Apt. 420<br>Baltimore, MD 21205 | **Home Phone Number**<br>443-873-8619<br><br>**Social Security Number**<br>███-██-6720 | **Marital Status** Divorced<br>**Spouse's Name** —<br><br>**Spouse's SSN** — |
| **Employer or Business (Name and Address)**<br>City of Baltimore<br>401 E. Fayette St.<br>Baltimore, MD 21202 | | **Check Appropriate Box:**<br>Wage Earner ☑<br>Self-Employed ☐<br>Partner/Corporate Owner ☐<br>Retired ☐<br>Unemployed ☐ |
| **Occupation**<br>Driver | **How Long Employed?**<br>4 years | **Business Phone Number** |
| **Spouse's Employer or Business (Name and Address)**<br>N/A | | **Check Appropriate Box:**<br>Wage Earner ☐<br>Self-Employed ☐<br>Partner/Corporate Owner ☐<br>Retired ☐<br>Unemployed ☐ |
| **Occupation** | **How Long Employed?** | **Business Phone Number:** |

YOU ARE DIRECTED TO CAREFULLY READ AND FULLY ANSWER EACH AND EVERY QUESTION ON THIS FINANCIAL STATEMENT. SHOULD A QUESTION OR SECTION **NOT** APPLY TO YOU, INDICATE SAME ON THE STATEMENT UNDER THAT PARTICULAR QUESTION OR SECTION.

Financial Statement Page 1

| Home Address and phone number of next of kin or other reference | Other Names or Aliases | Previous Address within 5 years |
|---|---|---|
| Maurice Crosby<br>3710 Eastman Rd<br>Randallstown, MD<br>21133  410-496-7776 | — | — |

Age and relationship of dependents living in your household (excluding yourself and spouse)

N/A

| Date of Birth: ➡ | For Defendant | For Spouse | Tax Yr of latest filed income tax return. _____<br>➡ You are DIRECTED to FORWARD a signed copy of your latest income tax return along with your financial statement. |
|---|---|---|---|
|  | — | — |  |

I = Individual     J = Joint

BANK ACCOUNTS (include all personal and business checking accounts, savings accounts, Savings & Loans, Credit Unions, CD's, IRA & KEOUGH ACCOUNTS, PENSION ACCOUNTS, etc.)

| I/J | Name of Institution | Address | Type of Acct. | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|
|  |  | N/A |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## SAFE DEPOSIT BOXES (Rented or Accessed)

Do you have a Safe Deposit Box? ___ Yes ✓ No.
If yes, please complete the bottom of this section for each box you have.

Is there any other person(s) holding assets or documents for you in any Safe Deposit Box? ___ Yes ✓ No.
If yes, please complete the bottom of this section for each box.

Are you designated deputy and/or do you have access to anyone else's Safe Deposit Box? ___ Yes ✓ No.
If yes, please complete the bottom of this section for each box.

Do you have a will and where is it kept? Provide this office with a copy of your last will and testament.  NO

| I/J | Name and Address of Location of Safe Deposit Box | Box Number | Contents |
|---|---|---|---|
| | | | |
| | | | |

## SECURITIES (Stocks in public and closely held corporations, bonds, mutual funds, U.S. Govt. Securities, etc.)

| I/J | Name and Kind of Company | Location of shares | No. of Units | Fair Market Value |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |
| | | | | |

If you hold stock in any closely held corporations, provide copies of corporate tax returns for the last two years.

During the past two years, did you have a security trading account with a broker? NO   If yes, identify the brokerage firm(s), account number(s), state the name(s) of the account(s).

| I/J | Brokerage Firm | Account Name | Account Number |
|---|---|---|---|
| | | | |
| | | | |

Are you a member of any investment or barter trading clubs?  If so, provide account statements for the last two years showing investments and current club value.

## REAL ESTATE (Include home equity loans under mortgage balance)

| I/J | Address (Include County) | Purch. Date | Purch. Price | Fair Market Value | Mortgage Date & Balance | Monthly Payment | Date Mtg. Paid Off |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | N/A | | | | | | |
| | | | | | | | |
| | | | | | | | |

If any real estate holdings are income producing properties, identify tenants and current lease terms. Provide income statements and/or tax returns for the last two years for each rental property.

Financial Statement Page 3

## BUSINESS HOLDINGS

| | |
|---|---|
| How long have you owned your own business or businesses? | N/A |
| What is the nature of your business activity. | |

Are you involved in any business or personal partnerships?    If so, what is the nature of the activity of your partnership holdings?

Provide income and profit statements, balance sheets and income tax returns of your business and/or partnership(s) for the past two years.

Provide a current listing of accounts receivable and accounts payable for your business and/or partnership(s).

## LIFE INSURANCE

| Name and address of co. | Policy Number | Type | Face Amt | Cash Surrend. Value | Amount Borrowed | Amt you can borrow |
|---|---|---|---|---|---|---|
| ~~illegible~~ | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## MORTGAGES HELD BY YOU

| I/J | Mortgagee (name and address) | Mortgage Balance | Monthly Payment | Date Mtg will be paid off | Balloon Payment |
|---|---|---|---|---|---|
| | N/A | | | | |
| | | | | | |

## MOTOR VEHICLES (Include cars, trucks, mobile homes, boats, airplanes, etc, which are owned or OPERATED by you)

| I/J | Year, make and license number | Fair Market Value | Loan Balance | Monthly Payment | Date loan will be paid off |
|---|---|---|---|---|---|
| | 2008 Toyota Scion | ? | $6-7,000 | 288.00 | 2016 |
| | | | | | |

## OTHER ASSETS (including, BUT NOT LIMITED TO, cash on hand, copyrights, patents, interests in partnerships, jewelry, coins, precious metals, personal/business notes or personal/business accounts receivable, antiques and collectibles, registered and unregistered vintage cars, airplanes, or any monies owed to you by any person or entity, etc)

| I/J | Description | Fair Market Value | Loan Balance | Monthly payment | Date loan will be paid off |
|---|---|---|---|---|---|
| | N/A | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Financial Statement Page 4

Carol Wright Shopping plan
 Amount owed $ 125.36
  monthly pymt  $ 25.00
Home at Five
 Amount owed $ 225.53
  monthly pymt  $ 25.00
IRS
 Amount owed $ 1900 - 2,000
  monthy pymt $ 62.00

### CHARGE ACCOUNTS AND LINES OF CREDIT (Bank credit cards, lines of credit, revolving charge accounts, etc)

| I/J | Type of Acct or Card | Name & Address of Creditor | Credit Limit | Amount Owed | Credit Available | Minimum Monthly payment |
|---|---|---|---|---|---|---|
| | Discover | | 1,000 | 1,250 | 0.00 | 51.00 |
| | Capital 1 visa | | 300.00 | 296.00 | 0.00 | 106.00 |
| | Capital 1 Master card | | 500.00 | 674.00 | 0.00 | 151.00 |
| | Fingerhut | | 1500.00 | 883.00 | 0.00 | 69.99 |
| | Masseys | | 500.00 | 48.56 | 0.00 | 40.00 |

### OTHER DEBTS (Including delinquent taxes)

| I/J | Owed To | Address | Relationship | Amount Owed | Owed For | Monthly Paym |
|---|---|---|---|---|---|---|
| | Social Security | | | 123.88 | over payment | 25.00 |
| | BGE | | | 214.23 | Gas & electric | 177.08 |
| | MECU | | | 1,500.00 | Holiday Loan | 120.00 |

**DISPOSAL OF ASSETS - FOR THE PREVIOUS 5 YEAR PERIOD TO THE PRESENT**, have you disposed of any assets or property with a cost or fair market value of more than $500?   If so, provide the following information; provide closing statements for any real estate sold.

| Description of Asset | Date of Transfer | Fair Market Value When Transferred | Consideration Received | Relationship of Transferee to Defendant |
|---|---|---|---|---|
| N/A | | | | |

**INTEREST IN OR BENEFICIARY OF ESTATE OR TRUST** - Are you or will you become a beneficiary of any estate or trust?   If yes, please also furnish a copy of the instrument creating the trust or estate and the latest accounting of your share interest in and income from the subject estate or trust.

| Name of Trust or Estate | Present Value of Assets | Value of Your Interest | Annual Income Received from this Source |
|---|---|---|---|
| N/A | | | |

| MONTHLY INCOME | | | NECESSARY MONTHLY EXPENSES | |
|---|---|---|---|---|
| DEFENDANT | GROSS | NET | Rent or Mortgage | $ 646.00 |
| Salary/Wages | 593.60 | 280.89 | Groceries (No. Of people 1 ) | 48.00 |
| Commissions | | | Utilities  -  Electric | |
| Business Income | | | Heating Oil/Gas | |
| Interest/Dividends | | | Water/Sewer | |
| Rental Income | | | Telephone | |
| Alimony/Child Support | | | Transportation | 40.00/mo. |
| Social Security | | | Insurance  -  Auto | 149.00/mo. |
| Pensions/Annuities | | | Health | 40.27/mo |
| Gifts | | | Homeowners/Rental | |
| Other (specify) | | | Life | |
| SPOUSE | GROSS | NET | Clothing | |
| Salary/Wages | | | Alimony/Child Support | |
| Commissions | | | Minimum Installment Paymnts | |
| Business Income | | | Other (specify) - | |
| Interest/Dividends | | | | |
| Rental Income | | | | |
| Alimony/Child Support | | | | |
| Social Security | | | | |
| Pensions/Annuities | | | | |
| Gifts | | | | |
| Other (Specify) | | | | |
| TOTALS | | | TOTALS | 923.27 |

### ACCOUNTING FOR ILL GOTTEN GAINS AND PROFITS

**How long were you engaged in the criminal activity to which you have pled guilty?**
Mostly all of my life

**Did you make any gains or profits from the criminal activity to which you have pled guilty? If not, why not?**
NO

**Overall, how much gain or profit did you make from this activity?**
No specific amount

**If you made gains and profits from your criminal activity, what method did you employ in making gains and profits from your criminal activity?**
Don't understand question

Financial Statement Page 6

Where did you deposit and/or spend your illegal gains and profits?

*Can't remember*

Name bank(s), account name(s), and account number(s) where illegal gains and profits were deposited and spent.

*none*

Specifically, identify the locations of other gains and profits which were made.

*none*

Provide a separate accounting of all gains and profits.  *none*

Are you the grantor or donor of any trust, or the trustee or fiduciary for any trust? If yes, please furnish a copy of the instrument creating the trust. Also give the present value of corpus of trust, and any other pertinent information.

*NO*

Do you receive, or under any circumstances expect to receive, benefits from a claim for compensation or damages, life insurance, legal claim, or from a contingent or future interest in property of any kind (i.e. inheritance, profit-sharing or **PENSION PLAN**)? If so, explain.

*NO*

Are you or have you ever been involved in bankruptcy proceedings? If so, give date, jurisdiction, case number, and status.

*1998 Can't remember*

Have you ever been a party to any civil suit? If so, give date, legal jurisdiction, persons involved and explain.

NO

What is the prospect of an increase in value of assets or in present income (Please give a general statement)?

Don't understand question

+++++List any and all personal property you own directly or indirectly, individually or jointly with others, corporate or otherwise, with an approximate fair market value of $500.00 or greater. Describe in detail on <u>Attachment A</u>.

### CERTIFICATION

I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other than as shown in this statement, including any attachment.

| Signature | Social Security Number ███-██-6720 | Date 12/23/14 |

### WARNING

False statements are punishable up to five years imprisonment, a fine of $250,000, or both (18 U.S.C. Section 1001).

## ATTACHMENT A

LIST ALL PERSONAL PROPERTY YOU OWN DIRECTLY OR INDIRECTLY, INDIVIDUALLY OR JOINTLY WITH OTHERS, CORPORATE OR OTHERWISE, WITH AN APPROXIMATE FAIR MARKET VALUE OF $500 OR GREATER:

| Item | Description | Location | Owner | Year Purchased | Original Price |
|---|---|---|---|---|---|
| Furniture | Sofa/Black | my apartment | self | can't remember | good will/store/2nd hand store |
| Furniture | recliner/Black | my apartment | self | not sure | good will/store/2nd hand/not sure |
| Furniture | Coffee Table | my apartment | self | 2nd hand given to me | ? |
| Furniture | end Table | my apartment | self | 2nd hand given to me | ? |
| Furniture | bedroom set | my apartment | self | not sure | |
| Television | Black | my apartment | self | received from deceased brother | ? |
| Television | Black | my apartment | self | received from deceased brother | ? |
| Television | — | — | — | — | — |
| VCR | — | — | — | — | — |
| Camera | — | — | — | — | — |
| Video Recorder | — | — | — | — | — |
| Stereo/CD Player | Black | my apartment | SELF | received from deceased brother | ? |
| Electronic Equipment | — | — | — | — | — |

| Item | Description | Location | Owner | Year Purchased | Original Price |
|---|---|---|---|---|---|
| Guns | — | — | — | — | — |
| Jewelry | ring | my person | self | received from grandfather | ? 0 |
| Jewelry | — | — | — | — | — |
| Jewelry | — | — | — | — | — |
| Jewelry | — | — | — | — | — |
| Furs | — | — | — | — | — |
| Antiques | — | — | — | — | — |
| Antiques | — | — | — | — | — |
| Antiques | — | — | — | — | — |
| Precious Items | — | — | — | — | — |
| Collectibles | — | — | — | — | — |
| Collectibles | — | — | — | — | — |
| Coins/Stamps | — | — | — | — | — |
| Artwork | — | — | — | — | — |
| Artwork | — | — | — | — | — |
| Computers | — | — | — | — | — |
| Computers | — | — | — | — | — |
| Answering Machine | — | — | — | — | — |
| Tools | — | — | — | — | — |

| Item | Description | Location | Owner | Year Purchased | Original Price |
|---|---|---|---|---|---|
| Tools | — | — | — | — | — |
| Tools | — | — | — | — | — |
| Aircraft | — | — | — | — | — |
| Boats or Water Craft | — | — | — | — | — |
| Vehicles | 2008 Toyota Scion | my parking lot | MECU | 2011 | $14,000 - 15,000 |
| Vehicles | — | — | — | — | — |
| Vehicles | — | — | — | — | — |
| Vehicles | — | — | — | — | — |
| Recreation Vehicles | — | — | — | — | — |
| Recreation Vehicles | — | — | — | — | — |
| Satellite TV | — | — | — | — | — |
| Lawn Mower | — | — | — | — | — |
| Animals | Cat | my apartment | self | Found | — |
| Sporting Equipment | — | — | — | — | — |
| Sporting Equipment | — | — | — | — | — |
| Sporting Equipment | — | — | — | — | — |
| Season Tickets | — | — | — | — | — |

| Item | Description | Location | Owner | Year Purchased | Original Price |
|---|---|---|---|---|---|
| Musical Instruments | — | — | — | — | — |
| Cell Phone | Boost | my person | Self | 2012 | $140.00 |
| Time-Shares | — | — | — | — | — |
| E-Trade Accounts | — | — | — | — | — |
| Other | | | | | |